## KANSAS CITY STAR COMPANY *v.* JULIAN.

ERROR TO THE SUPREME COURT OF THE STATE OF MISSOURI.

No. 85. Motion to dismiss or affirm submitted November 29, 1909.—
Decided December 6, 1909.

Where the Federal question is first raised in the petition to the highest court of the State for rehearing it is too late. *Loeber* v. *Schroeder*, 149 U. S. 580.

Where the judgment of the state court rests on non-Federal grounds broad enough to sustain it this court cannot review it under § 709, Rev. Stat.

Writ of error to review, 209 Missouri, 35, dismissed.

*Mr. Isaac N. Watson, Mr. Hannis Taylor, Mr. Wash. Adams* and *Mr. Frank Hagerman,* for the plaintiff in error.

*Mr. John H. Atwood, Mr. O. H. Dean* and *Mr. Ira Julian,* for the defendant in error.

*Per Curiam.* Writ of error dismissed for want of jurisdiction. *Sayward* v. *Denny,* 158 U. S. 180; *Mutual Life Ins. Co.* v. *McGrew,* 188 U. S. 291, 307, 308; *State* v. *Bland,* 186

———

The judgment of the Circuit Court of Appeals in a criminal case is final, and is no less so because the appellate jurisdiction of this court might have been invoked directly under § 5 of the act of 1891.

Missouri, 691, 701, *Oxley Stave Co.* v. *Butler County*, 166 U. S. 648, 653; case below, 209 Missouri, 35.

The attention of the state Supreme Court was not called to any Federal question until in the petition for rehearing, and that was too late. *Loeber* v. *Schroeder*, 149 U. S. 580 585, and cases.

The judgment rested on non-Federal grounds broad enough to sustain it. 209 Missouri, 35; *Cincinnati Street Ry. Co.* v. *Snell*, 193 U. S. 30; *Hammond Packing Co.* v. *Arkansas*, 212 U. S. 322.